FILED: April 15, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1401
(5:24-cv-00731-M-RJ)
(5:25-cv-00193-M-RJ)

_____

CARRIE CONLEY; LOCKHART WEBB; ELLA KROMM; GABRIELA ADLER-ESPINO; LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA

  Plaintiffs - Appellants

v.

ALAN HIRSCH, in his official capacities as members of the North Carolina State Board of Elections; JEFF CARMON, in his official capacities as members of the North Carolina State Board of Elections; STACY EGGERS, IV, in his official capacities as members of the North Carolina State Board of Elections; KEVIN N. LEWIS, in his official capacities as members of the North Carolina State Board of Elections; SIOBHAN O'DUFFY MILLEN, in his official capacities as members of the North Carolina State Board of Elections; KAREN BRINSON BELL, in her official capacity as Executive Director of the North Carolina State Board of Elections

  Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of North Carolina at Raleigh |
| Originating Case Number | 5:24-cv-00731-M-RJ<br>5:25-cv-00193-M-RJ |
| Date notice of appeal filed in originating court: | 04/14/2025 |

| Appellant(s) | Carrie Conley; Lockhart Webb; Ella Kromm; Gabriela Adler-Espino; League of Women Voters of North Carolina |
|---|---|
| Appellate Case Number | 25-1401 |
| Case Manager | Rachel Phillips<br>804-916-2702 |