# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

April 17, 2025

_____

RESPONSE REQUESTED

_____

No. 25-1401,     <u>Carrie Conley v. Alan Hirsch</u>
                 5:24-cv-00731-M-RJ, 5:25-cv-00193-M-RJ

TO:   Karen Brinson Bell
      Siobhan O'Duffy Millen
      Kevin N. Lewis
      Alan Hirsch
      Stacy Eggers
      Jeff Carmon

RESPONSE DUE: 04/21/2025

Response is required to the motion for stay pending appeal and injunctive relief pending appeal on or before 5:00 pm on 04/21/2025.

Rachel Phillips, Deputy Clerk
804-916-2702